## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MERRILY ARENT                                                                                    PLAINTIFF

v.                                               1:08CV00042 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 28th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE